CITY OF ITHACA, Appellant, v. MARY S. RAY et al., Respondents.— SWEENEY, J.

626

Reynolds, J. P., Aulisi, Staley, Jr., Cooke and Sweeney, JJ., concur in memorandum by Sweeney, J.